Tionna Dolin (SBN 299010)
Email: tdolin@slpattorney.com
**STRATEGIC LEGAL PRACTICES, APC**
1888 Century Park East, Floor 19
Los Angeles, California 90067
Telephone:  (310) 929-4900
Facsimile:   (310) 943-3838

Attorneys for Plaintiffs
LUIS SERNA AND SANDRA MOTA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS SERNA AND SANDRA MOTA,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive<br><br>　　　　Defendants. | Case No.8:22-CV-01254-DOC-ADS<br><br>**Request for Entry of Judgment Pursuant to FRCP 68(a)**<br><br>[Complaint Filed: July 1, 2022] |

**TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** Plaintiffs LUIS SERNA AND SANDRA MOTA accepted Defendant FCA US, LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on August 26, 2022, which is attached hereto as **Exhibit 1**. Plaintiffs hereby apply for the entry of judgment thereon pursuant to the terms of the Rule 68 attached herein.

Dated: August 26, 2022            STRATEGIC LEGAL PRACTICES, APC

                                  */s/ Tionna Dolin*

                                  _____
                                  TIONNA DOLIN
                                  Attorneys for Plaintiffs

# EXHIBIT 1

1  SPENCER P. HUGRET (SBN: 240424)
   shugret@grsm.com
2  AMY ALEXANDER (SBN: 236728)
   aalexander@grsm.com
3  JAMES MAYO (SBN: 169897)
   jmayo@grsm.com
4  GORDON REES SCULLY MANSUKHANI, LLP
   275 Battery Street, Suite 2000
5  San Francisco, CA 94111
   Telephone: (415) 875-3193
6  Facsimile: (415) 986-8054

7  Attorneys for Defendant
   FCA US LLC

8

9              **UNITED STATES DISTRICT COURT**

10             **CENTRAL DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| LUIS SERNA and SANDRA MOTA, | Case No. 8:22-CV-01254-DOC-ADS |
| Plaintiffs, | **DEFENDANT FCA US LLC'S OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68** |
| vs. | |
| FCA US, LLC and DOES 1 through 10, inclusive | Complaint Filed: July 1, 2022 |
| Defendants. | Trial Date: None set |

**TO PLAINTIFF AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that pursuant to the provisions of Rule 68 of the Federal Rules of Civil Procedure, Defendant FCA US LLC ("FCA"), on behalf of itself, hereby offers:

1. FCA will pay Plaintiff LUIS SERNA and SANDRA MOTA ("Plaintiffs"), in exchange for a dismissal with prejudice as to the entire action, in both state and federal court, against all defendants, **$78,000** for the surrender of the Subject Vehicle, inclusive of any and all loan payoff amounts, civil penalties, any incidental/consequential damages and any and all liability claimed in this action. Such dismissal shall be filed upon satisfaction of funding and completion of surrender.

2. Plaintiffs LUIS SERNA and SANDRA MOTA will surrender the 2018 Dodge Ram 1500 VIN: 1C6RR6FT4JS350729 ("Subject Vehicle") to FCA on a date, time and place mutually agreeable up to 90 days after execution and return of this offer.

3. FCA's funding obligation shall be satisfied following the surrender of the vehicle, a date within 90 days after execution and return of this offer.

4. In addition, FCA offers to pay **$10,000** reasonable costs, expenses and attorneys' fees pursuant to Civil Code Section 1794(d).

5. FCA will waive all claims it may have for costs and fees in this action.

6. Failure to accept this Offer of Judgment will result in FCA claiming all benefits accruing to it under Rule 68 of the Federal Rules of Civil Procedure should Plaintiff not achieve a more favorable result at the trial of this action.

7. This Offer of Judgment is made for the purposes specified in Fed. R. Civ. P. 68, and will be deemed withdrawn unless written notice of acceptance of this offer is made in the applicable time period set forth by law (within fourteen (14) days of the date that it was served). Plaintiffs' acceptance of FCA's Offer of

Judgment must be made in writing, and may be indicated by the signature of Plaintiffs' counsel below.

Dated: August 26, 2022

GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ James Mayo*
Spencer P. Hugret
Amy Alexander
James Mayo
Attorneys for Defendant
FCA US LLC

I hereby accept the above offer on the terms stated on behalf of Plaintiffs.

DATED: __August 26__, 2022

STRATEGIC LEGAL PRACTICES, APC

By: _____
Tionna Dolin
Attorneys for Plaintiffs
LUIS SERNA and SANDRA MOTA

-3-
DEFENDANT FCA US LLC'S OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68

## CERTIFICATE OF SERVICE
*Luis Serna, et al. v FCA US LLC*
USDC Central District of California Court Case No. 8:22-CV-01254-DOC-ADS

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon Rees Scully Mansukhani, LLP, 275 Battery Street, Suite 2000, San Francisco, CA 94111. On the date below, I served the within documents:

**DEFENDANT FCA US LLC'S OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68**

☒ by transmitting VIA ELECTRONIC MAIL the document(s) listed above to the email address(es) set forth below on this date before 5:00 p.m. (*Per agreement of the parties*.)

☐ by having Nationwide PERSONALLY DELIVER the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Francisco, addressed as set forth below.

Tionna Dolin
STRATEGIC LEGAL PRACTICES, APC
1888 Century Park East, 19th Floor
Los Angeles, CA 90067
Tel.: (310) 929-4900
Fax: (310) 943-3838
Email: emailservices@slpattorney.com
Email: tdolin@slpattorney.com
Email: mrajpal@slpattorney.com

*Attorney for Plaintiff*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 26, 2022 at San Francisco, California.

*Priscilla Castro* (signature)
Priscilla Castro

-4-
DEFENDANT FCA US LLC'S OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68

**CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Los Angeles, California; my business address is Strategic Legal Practices, A Professional Corporation at 1888 Century Park East, 19th Floor, Los Angeles, California 90067.

On the date below, I served a copy of the foregoing document entitled:

**REQUEST FOR ENTRY OF JUDGMENT PURSUANT TO FRCP 68(A)**

on the interested parties in said case as follows:

**Served Electronically Via the Court's CM/ECF System**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Los Angeles, California on August 26, 2022.

_____
Nicole Basilio