JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS SERNA AND SANDRA MOTA, <br><br> Plaintiffs, <br><br> v. <br><br> FCA US, LLC; and DOES 1 through 10, inclusive <br><br> Defendants. <br><br> Defendants. | Case No.8:22-CV-01254-DOC-ADS <br><br> District Judge: Hon. David O. Carter <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Plaintiffs LUIS SERNA AND SANDRA MOTA ("Plaintiffs") accepted Defendant FCA US, LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on August 26, 2022.

    Accordingly, the Court enters JUDGMENT in favor of Plaintiffs pursuant to the terms of the Rule 68.

    Accordingly, all hearings on calendar are hereby VACATED.

**IT IS SO ORDERED.**

Date: _August 26, 2022_

_/s/ David O. Carter_
Hon. David O. Carter
District Court Judge